IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


**DANIEL PETER SAIZ,**

                    **Plaintiff,**

**v.**                                                            **No. CIV-15-0305 LAM**


**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

                    **Defendant.**

<u>**ORDER GRANTING IN PART MOTION FOR ATTORNEY FEES**</u>
<u>**UNDER THE EQUAL ACCESS TO JUSTICE ACT**</u>

          **THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Pursuant*

*to the Equal Access to Justice Act, With Memorandum in Support* *(Doc. 28)*, filed on

November 14, 2016, wherein Plaintiff asks for an award of $6,288.80 in attorney fees.  On

November 28, 2016, Defendant filed a stipulation stating that the parties have stipulated to an

award of **$5,900.00** in fees pursuant to the Equal Access to Justice Act.  Having considered the

motion, stipulation, the record in this case, and relevant law, the Court **FINDS** that the motion

shall be **GRANTED in part**.

          **IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Attorney Fees Pursuant to*

*the Equal Access to Justice Act, With Memorandum in Support* *(Doc. 28)* is **GRANTED in**

**part**, and Plaintiff is authorized to receive **$5,900.00** for payment to Plaintiff's attorney for

services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412,

and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.


**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**